FILED

2021 Dec-21  PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "B"

## Spectrum's Response Action Report



June 23, 2021

Burgess Equipment Repair
3325 Mitt Lary Rd
Northport, AL 35475

**Attention:**        Mr. Wade Burgess

**Subject:**          Response Action Report
                      Burgess Equipment Repair
                      3325 Mitt Lary Rd
                      Northport, AL 35475
                      Spectrum Project No. 3291-003

Dear Wade:

Spectrum Environmental, Inc., (Spectrum) is pleased to provide this Response Action Report prepared for the above-referenced property. The report serves to provide documentation of the cleanup efforts performed by Spectrum under the direction of the Alabama Department of Environmental Management (ADEM).

If you have any questions or comments, please contact the undersigned at (205) 664-2000.

Sincerely,
**SPECTRUM ENVIRONMENTAL, INC.**

Ryan Cothern, G.I.T.
Staff Geologist

Jamie Cox, P.G.
Assessment Group Manager



# SPECTRUM
### Solutions to Your Environmental Challenges

## Response Action Report
## Burgess Equipment Repair
## Northport, Alabama

Prepared For:

Burgess Equipment Repair
3325 Mitt Lary Rd
Northport, AL 35475

Report Issuance Date: June 23, 2021

Spectrum Project Number:
3291-003

www.specenviro.com

TABLE OF CONTENTS

Table of Contents ........................................................................................ 1

1.0    Introduction ...................................................................................... 3

      Statement of Purpose .......................................................................... 3

      Summary of Incident ........................................................................... 3

      Regulatory Directives .......................................................................... 3

2.0    Initial Response Actions ....................................................................... 5

      2.1    Source Area Characterization ........................................................ 5

      2.2    Emergency Response Actions ......................................................... 5

      2.3    Source Area Excavation and Waste Management ................................ 5

3.0    Waste Characterization ........................................................................ 6

      3.1    Preliminary Soil Characterization Sampling Results ............................ 6

      3.2    Wastewater Characterization ......................................................... 7

4.0    Source Removal Confirmation Sampling ................................................... 8

      4.1    Soil Sampling Results .................................................................. 8

      4.2    Groundwater Sample Results ......................................................... 9

      4.3    Sediment Sample Results .............................................................. 10

      4.4    Surface Water Sample Results ........................................................ 11

5.0    Site Restoration ................................................................................. 12

**Appendices**

Appendix A – Figures

Appendix B – Laboratory Analytical Reports

          Appendix B-1 – Preliminary Soil Characterization Results

          Appendix B-2 – Wastewater Characterization Results

          Appendix B-3 – Confirmation Sample Results

Appendix C – Waste Characterization/Profiling/Manifests

          Appendix C-1 – Solid/Hazardous Waste Determination Form

          Appendix C-2 – ADEM Authorization

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO 3291-003

Appendix C-3 – Weight Tickets

Appendix C-4 – Wastewater Disposal

Appendix D – Photo-Documentation

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO. 3291-003

1.0   **INTRODUCTION**

**Statement of Purpose**

Spectrum Industrial Services, Inc. (Spectrum) was retained by Burgess Truck & Equipment Repair to evaluate and respond to a release emanating from the property located at 3325 Mitt Larry Road in Northport, Alabama. This report has been prepared at the request of the Alabama Department of Environmental Management (ADEM) in order to document the event of the spill response efforts that were taken at the site

**Summary of Incident**

On Monday, April 19, 2021, Spectrum was contacted by Burgess Equipment Repair to assist with the evaluation and cleanup of a spill originating from the Burgess property   Spectrum representatives (Scott Hassler, Steven Kirkpatrick, and Shannon Blackburn) met representatives from the ADEM (Tim Wynn) and the Environmental Protection Agency (EPA) on site to discussion initial response measures   Based on this meeting, the initial directives below were implemented

**Regulatory Directives**

ADEM and EPA personnel were onsite during the initial site visit on Monday, April 19, 2021 After a cursory review of the spill area, source removal actions and stabilization of disturbed areas would be necessary   On April 20, 2021, Spectrum personnel mobilized to the site for the collection of two composite soil samples from the source area   Soil samples were collected using decontaminated stainless steel hand augers from the surficial soil zone (0-1 foot below land surface (bls))   The soil samples were submitted to Eurofins Laboratories for analysis of total and TCLP VOC/SVOCs/RCRA 8 Metals. The findings of this source area characterization sampling did not identify any of the chemicals of concern (COCs) as being hazardous.  A summary of the source area characterization sampling is provided in Section 3.0 of this report.

Spectrum Environmental, Inc.                    June 23, 2021                    Page 3

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO. 3291-003

The source area characterization data was provided to the ADEM. Subsequent to ADEM's review of this data, the following scope of work was approved:

1. Soil Sampling
   a. Collect one soil sample from a location upgradient (north) of the source zone at a depth of 0-1 foot below land surface (bls)
   b. Collect two soil samples immediately beneath the excavation floor within the source zone
   c. Collect soil samples from 2-3 borings downgradient (south) of the source zone at a depth of 0-1 feet bls

2. Groundwater Sampling
   a. Collect one groundwater sample upgradient of the source zone
   b. Collect one groundwater sample with the source zone excavation area
   c. Collect 2-3 groundwater samples downgradient of the source zone

3. Surface Water Sampling
   a. Collected one surface water sample from the "creek" upgradient, at source, and downgradient of source (upgradient of Carrol Creek)

4. Sediment Sampling
   a. Collect one sediment sample upgradient of source and one at source zone
   b. Collect 2-3 sediment samples downgradient of source zone and before confluence with Carrol Creek

On May 10, 2021, ADEM stated that "The Birmingham Field Office has reviewed the data and agrees that all parameters measured are below action levels. At this time Mr. Burgess and Spectrum may backfill the excavation with clean soil as necessary and stabilize the site which will end our emergency response. Until the site is completely stabilized, please be sure to employ adequate erosion and sediment control measures to prevent migration of soil from the site. Once this is completed, please compile all actions, sample data, waste disposal records and photos into a final report. We will forward a copy of the report to our Groundwater Branch for their review in case there are any groundwater issues that they would like to pursue." No further regulatory direction has been received at this time.

Spectrum Environmental, Inc.                    June 23, 2021                    Page 4

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO. 3291-003

                                                        2.0    INITIAL RESPONSE ACTIONS

---

**2.1    Source Area Characterization**

Spectrum personnel arrived at the site on April 19, 2021 to collect observations and begin preparing a course of action plan. Upon arriving at the site, the area on the southwest portion of the property was identified as having been affected by a release of petroleum product. Heavily stained soils and strong odors were observed within the source area. After further examination, it appeared that source area included the southwest portion of the Burgess property and the northern portion of the Wiggins property.

**2.2    Emergency Response Actions**

Following the initial site visit, Spectrum personnel began deploying spill response techniques in an effort to contain the source material and protect the adjacent stream until. These techniques involved setting oil absorbent booms and mats in the waterway adjacent to and downstream of the site, constructing an underflow dam, and placing silt fence along the western perimeter of the source area. These structures and material were periodically checked and replaced throughout the excavation process. Photo documentation of emergency response materials and structures are provided in Appendix D.

**2.3    Source Area Excavation and Waste Management**

In order to effectively remove the affected soil, Spectrum personnel employed the use of a Bergman C815s Mud Truck, a Takeuchi TL8R2-CR Skidsteer Loader, a Sany Sy 365c Tracked Excavator, and a Vac-Truck. Between April 21, 2021 and April 28, 2021 approximately 283 tons of soil was removed from the site and loaded into 25yd$^3$ roll-off boxes. Additionally, approximately 4,000-gallons of wastewater was removed from the excavation. Soil was disposed of at the Black Warrior Solid Waste Landfill in Coker, Alabama between May 13, 2021 and May 24, 2021. Wastewater was disposed of by Valicor Environmental Services in Huntsville, Alabama on May 24, 2021. Documentation is provided in Appendix C-3 and Appendix C-4.

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA          PROJECT NO. 3291-003

---

3.0     WASTE CHARACTERIZATION

Prior to excavation and removal cleanup response actions, characterization sampling was conducted to determine toxicity and assist in the development of a waste profile for the affected soil. A summary of the results of this sampling is provided below.

### 3.1     Preliminary Soil Characterization Sampling Results

Spectrum personnel, Ryan Cothern, collected five (5) discreet and two (2) composite soil samples from the source area April 20, 2021. One composite sample (CS1) was analyzed for TCLP VOC using method 8260B, TCLP SVOC via method 8270D, TCLP Metals (ICP) using method 6010B, and TCLP Mercury (CVAA) via method 7470A. Another composite sample (CS2) was analyzed for Total VOC via method 8260B, Total SVOC using method 8270D, Total Metals (ICP) using method 6010B, and Total Mercury (CVAA) using method 7471A. Discrete samples were placed on hold. These samples were shipped to Europhins TestAmerica in Pensacola, FL. Composite soil sample CS1 reported no detectable Chemical of Concern (COC) concentrations. Composite soil sample CS2 only reported arsenic above the EPA Regional Screening Level (RSL) for residential soils of 0.68 mg/kg. Figure 2 depicts the sampling locations, and the original laboratory analytical reports are provided in Appendix B-1. A summary of the results has been provided in the table below.

| Table 1.0 | | | |
|---|---|---|---|
| COC | Method | Sample ID / Results (mg/kg) CS1 | RSL (mg/kg) |
| Ethylbenzene | 8260B | 0.959 | 5.8 |
| Isopropylbenzene | 8260B | 1.68 | 190 |
| Xylenes, Total | 8260B | 10.3 | 58 |
| Toluene | 8260B | 23.7 | 490 |
| n-Docane | 8270D | 18.4 | NA |
| Arsenic | 6010B | 1.92 | 0.68 |
| Barium | 6010B | 45.9 | 1500 |
| Chromium | 6010B | 7.54 | NA |
| Lead | 6010B | 12.5 | 400 |
| Mercury | 7471A | 0.0426 | 1.1 |

Note
COC = Chemicals of Concern
Samples taken on 4/20/2021
Exceedances of EPA Residential Regional Screening Level shown in green

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO. 3291-003

**3.2     Wastewater Characterization**

On April 26, 2021, excess water was removed from the excavation site via Vac-Truck. Approximately 4,000-gallons were removed from the pit and containerized on site. Prior to transportation of the wastewater, a sample was collected by Spectrum personnel (Shannon Blackburn) and sent to Sutherland Environmental Company, Inc. for the analysis of ignitability via method SW 1010 and corrosivity via method SM 4500-H. A review of these results found the wastewater to be non-flammable and non-corrosive. A copy of the laboratory results is provided in Appendix B-2.

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO 3291-003

### 4.0   SOURCE REMOVAL CONFIRMATION SAMPLING

Subsequent to cleanup response actions, confirmation sampling was conducted to determine if any chemical concentrations remained present in soil, groundwater, surface water, or stream sediments A summary of the results of this sampling is provided below

### 4.1   Soil Sampling Results

Spectrum personnel, Ryan Cothern, collected six (6) soil samples (SB1, SB2, SB3, SB4, SB5, and SB6) in the former source area April 28, 2021 and in accordance with the ADEM approved scope of work. These samples were shipped to Sutherland Environmental, Inc and were analyzed for the presence of VOCs via method 8260B and RCRA Metals via method 6020B  All of the soil samples reported Chemical of Concern (COC) concentrations below the EPA Regional Screening Level (RSL) for residential soils.   Figure 3 depicts the sampling locations, and the original laboratory analytical reports are provided in Appendix B-3. A summary of the results is provided in the table below.

| Table 2.0 | | | | | | | |
|-----------|---|---|---|---|---|---|---|
| COC[1] | Surface Soil Sample ID / Results (mg/Kg) | | | | | | RSL[2] |
|  | SB1 | SB2 | SB3 | SB4 | SB5 | SB6 |  |
| n-Butylbenzene | BDL | BDL | BDL | 0.005 | BDL | 0.011 | 390.0 |
| sec-Butylbenzene | BDL | BDL | BDL | BDL | BDL | 0.014 | 780.0 |
| Ethylbenzene | BDL | BDL | 0.018 | 0.02 | BDL | 0.039 | 5.8 |
| Isopropylbenzene | BDL | BDL | BDL | 0.01 | BDL | 0.02 | NI |
| 4-Isopropyltoluene | BDL | BDL | BDL | 0.01 | BDL | 0.021 | NI |
| P-Propylbenzene | BDL | BDL | BDL | 0.017 | BDL | 0.029 | NI |
| Toluene | BDL | BDL | 0.85 | 0.063 | 0.01 | 0.094 | 490.0 |
| 1,2,4-Trimethylbenzene | BDL | 0.008 | 0.015 | 0.102 | 0.022 | 0.197 | 30.0 |
| 1,3,5-Trimethylbenzene | BDL | BDL | 0.005 | 0.033 | 0.008 | 0.062 | 220.0 |
| Xylenes (o,m,p) | BDL | 0.048 | 0.105 | 0.196 | 0.025 | 0.363 | 58.0 |
| Arsenic | BDL | BDL | BDL | BDL | BDL | BDL | 0.7 |
| Barium | 5.4 | 9.9 | 3.8 | BDL | 3.9 | 2.2 | 1500.0 |
| Cadmium | BDL | BDL | BDL | BDL | BDL | BDL | 7.1 |
| Chromium | BDL | BDL | BDL | BDL | BDL | BDL | 10200.0 |
| Lead | BDL | 1 | BDL | BDL | BDL | BDL | 400.0 |
| Mercury | BDL | BDL | BDL | BDL | BDL | BDL | 1.1 |
| Selenium | BDL | BDL | BDL | BDL | BDL | BDL | 39.0 |
| Silver | BDL | BDL | BDL | BDL | BDL | BDL | 39.0 |

Notes

All samples results reported in mg/Kg

Note 1 - COC denotes Chemicals of Concern

Note 2 - RSL denotes Regional Screening Level (Target Risk 1e-06, THQ 0.1)

Comparison to residential soil

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                PROJECT NO. 3291-003

## 4.2    Groundwater Sample Results

Spectrum personnel, Ryan Cothern, collected four (4) groundwater samples (SB1, SB4, SB5, and SB6) from temporary wells in the former source area April 29, 2021 and in accordance with the ADEM approved scope of work. These samples were shipped to Sutherland Environmental, Inc and were analyzed for the presence of VOCs via method 8260B and RCRA Metals via method 200.8. All of the groundwater samples reported Chemical of Concern (COC) concentrations below the EPA Regional Screening Level (RSL) for residential soils.   Figure 3 depicts the sampling locations, and the original laboratory analytical reports are provided in Appendix B-3. A summary of the results is provided in the table below.

| COC[1] | Groundwater Sample ID / Results (mg/L) | | | | |
|---|---|---|---|---|---|
| | SB1 | SB4 | SB5 | SB6 | RSL[2] |
| Ethylbenzene | 0.007 | 0.008 | BDL | BDL | 0.0015 |
| Isopropylbenzene | 0.006 | BDL | BDL | BDL | NL |
| n-Propylbenzene | 0.008 | BDL | BDL | BDL | NL |
| Toluene | BDL | 0.038 | BDL | BDL | 0.1100 |
| 1,2,4-Trimethylbenzene | 0.028 | 0.028 | BDL | BDL | 0.0055 |
| 1,3,5-Trimethylbenzene | 0.009 | 0.009 | BDL | BDL | 0.0060 |
| Xylenes (o,m,p) | 0.04 | 0.082 | BDL | BDL | 0.0190 |
| Arsenic | BDL | BDL | BDL | BDL | 0.0001 |
| Barium | 0.205 | 0.549 | 0.848 | 0.078 | 0.3800 |
| Cadmium | BDL | BDL | BDL | BDL | 0.0009 |
| Chromium | BDL | BDL | BDL | BDL | 0.1000 |
| Lead | 0.0128 | 0.0183 | 0.0169 | 0.0086 | 0.0150 |
| Mercury | BDL | BDL | BDL | BDL | 0.0020 |
| Selenium | BDL | BDL | BDL | BDL | 0.0100 |
| Silver | BDL | BDL | BDL | BDL | 0.0094 |

Table 3.0

Notes

All samples results reported in mg/l.

Note 1 - COC denotes Chemicals of Concern

Note 2 - RSL denotes Regional Screening Level (Target Risk 1e-06, THQ 0.1)

    Comparison to tap water or MCL.

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO. 3291-003

**4.3    Sediment Sample Results**

Spectrum personnel, Ryan Cothern, collected four (4) sediment samples (SW1.SED, SW2.SED, SW3.SED, and SW4 SED) along the unnamed tributary of Carroll Creek on April 29, 2021 and in accordance with the ADEM approved scope of work. These samples were shipped to Sutherland Environmental, Inc and were analyzed for the presence of VOCs via method 8260B and RCRA Metals via method 6020B. All of the soil samples reported Chemical of Concern (COC) concentrations below the EPA Regional Screening Level (RSL) for residential soils. Figures 3 & 4 depict the sampling locations, and the original laboratory analytical reports are provided in Appendix B-3. A summary of the results is provided in the table below.

Table 4.0

| COC[1] | Sediment Sample ID / Results (mg/Kg) | | | | RSL[2] |
|---|---|---|---|---|---|
| | SW1.sed | SW2.sed | SW3.sed | SW4.sed | |
| Methylene Chloride | 0.968 | 1 76 | 0.384 | BDL | 35.00 |
| Arsenic | BDL | BDL | BDL | BDL | 0.68 |
| Barium | 5.7 | 1.9 | 1.7 | 1.4 | 1500.00 |
| Cadmium | BDL | BDL | BDL | BDL | 7.10 |
| Chromium | BDL | BDL | BDL | BDL | 10200.00 |
| Lead | 1.6 | 1.5 | 3.5 | 3.3 | 400.00 |
| Mercury | BDL | BDL | BDL | BDL | 1.10 |
| Selenium | BDL | BDL | BDL | BDL | 39.00 |
| Silver | BDL | BDL | BDL | BDL | 39.00 |

Notes

All samples results reported in mg Kg

Note 1 - COC denotes Chemicals of Concern

Note 2 - RSL denotes Regional Screening Level (Target Risk 1e-06, THQ 0.1)

Comparison to residential soil

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                PROJECT NO 3291-003

## 4.4    Surface Water Sample Results

Spectrum personnel, Ryan Cothern, collected three (3) surface water samples (SW1, SW2, and SW4) along the unnamed tributary of Carroll Creek on April 28, 2021 and in accordance with the ADEM approved scope of work. These samples were shipped to Sutherland Environmental, Inc and were analyzed for the presence of VOCs via method 8260B and RCRA Metals via method 200.8.  All of the surface water samples reported Chemical of Concern (COC) concentrations below the EPA Regional Screening Level (RSL) for residential soils.   Figures 3 & 4 depict the sampling locations and the original laboratory analytical reports are provided in Appendix B-3  A summary of the results is provided in the table below.

| Table 5.0 | | | | |
|---|---|---|---|---|
| COC[1] | Groundwater Sample ID / Results (mg/L) | | | |
| | SW1 | SW2 | SW4 | RSL[2] |
| Ethylbenzene | BDL | BDL | BDL | 0.0015 |
| Isopropylbenzene | BDL | BDL | BDL | NL |
| n-Propylbenzene | BDL | BDL | BDL | NL |
| Toluene | BDL | BDL | BDL | 0.1100 |
| 1,2,4-Trimethylbenzene | BDL | BDL | BDL | 0.0055 |
| 1,3,5-Trimethylbenzene | BDL | BDL | BDL | 0.0060 |
| Xylenes (o,m,p) | BDL | BDL | BDL | 0.0190 |
| Arsenic | BDL | BDL | BDL | 0.0001 |
| Barium | 0.041 | 0.032 | BDL | 0.3800 |
| Cadmium | BDL | BDL | BDL | 0.0009 |
| Chromium | BDL | BDL | BDL | 0.1000 |
| Lead | BDL | BDL | BDL | 0.0150 |
| Mercury | BDL | BDL | BDL | 0.0020 |
| Selenium | BDL | BDL | BDL | 0.0100 |
| Silver | BDL | BDL | BDL | 0.0094 |

Notes

All samples results reported in mg/L.

Note 1 - COC denotes Chemicals of Concern

Note 2 - RSL denotes Regional Screening Level ( Target Risk 1e-06, THQ 0 1)

Comparison to tap water or MCL.

Spectrum Environmental, Inc.            June 23, 2021                Page 11

RESPONSE ACTION REPORT

BURGESS EQUIPMENT REPAIR, NORTHPORT, ALABAMA                    PROJECT NO. 3291-003

|  | 5.0 | SITE RESTORATION |
|---|---|---|

Following the excavation and removal of materials from the site, Spectrum was informed that the client (Wade Burgess) would be handling the backfilling and restoration of the site through another contractor. Site activities conducted by Spectrum were concluded on May 24, 2021  Activities conducted after May 24, 2021 are not under the supervision and direction of Spectrum

APPENDIX A

FIGURES



Source:  Image courtesy of Google Earth. Approximate site location outlined in red.

| NO | DATE | REVISION NOTE | BY |
|----|------|---------------|-----|

| Drawn By: | AH | Client #: | 3291 |
| Checked By: | RC | Date: | 5/3/2021 |
| Project Mgr: | JC | Project #: | 3291-003 |

901 Woodland Street
Suite 104
Nashville, TN 37206
P - 815-469-4941

85 Spectrum Cove
Alabaster, AL 35007
O - 205-664-2000
F - 205-664-2142

**SPECTRUM**
Solutions to Your Environmental Challenges

| TITLE |
|-------|
| Figure 1 — Site Location Map |





Source: Image courtesy of Google Earth. Approximate site location outlined in red.

Figure 3 — Verification Soil Boring Locations



Source:  Image courtesy of Google Earth and USGS. Approximate site location outlined in red.

| TITLE |
|---|
| Figure 3a — Lidar Overlay |



Source: Image courtesy of Google Earth and USGS. Approximate site location outlined in red.

TITLE

Figure 4 — Verification Sample Locations Overview

APPENDIX B

LABORATORY ANALYTICAL REPORTS